BERT N. DAWLEY, Appellant, *v.* MARY PEARSON, Respondent.

*Dawley* v. *Pearson*, 119 App. Div. 869. affirmed.
(Argued April 20, 1903; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 7, 1907, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of a contract for the sale of real property.

*Frank Harvey Field* and *Walter Lester Glenney* for appellant.

*J. Edward Swanstrom* and *Conrad Saxe Keyes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.